UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **ERIC L. BOLTON** | **CIVIL ACTION** |
| versus | **NO. 13-4572** |
| **N. BURL CAIN, WARDEN** | **SECTION: "I" (3)** |

### O R D E R

The Court, having considered the petition, the record, the applicable law and the Report and Recommendation of the United States Magistrate Judge, and the objection[1] by plaintiff, Eric L. Bolton, which is hereby **OVERRULED**, approves the Magistrate Judge's Findings and Recommendation and adopts it as its opinion.  Accordingly,

**IT IS ORDERED** that petitioner's motion for summary judgment, Rec. Doc. 11, is **DENIED**.

**IT IS FURTHER ORDERED** that petitioner's federal application for *habeas corpus* relief is **DISMISSED WITH PREJUDICE**.

New Orleans, Louisiana, this 4th day of February, 2014.

_____
**LANCE M. AFRICK
UNITED STATES DISTRICT JUDGE**

---

[1] Rec. Doc. No. 20